1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   RONALD J. HOLLAND, Cal. Bar No. 148687
3  BABAK YOUSEFZADEH, Cal. Bar No. 235974
   ELIA DELUCA, Cal. Bar. No. 249059
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
5  Telephone:    415.434.9100
   Facsimile:    415.434.3947
6  Email:        rholland@sheppardmullin.com
                 byousefzadeh@sheppardmullin.com
7                edeluca@sheppardmullin.com

8  Attorneys for Defendants VIRGINAMERICA INC., TOM
9  BAILEY and MARK BREGAR

11              UNITED STATES DISTRICT COURT OF CALIFORNIA
12                    NORTHERN DISTRICT - SAN FRANCISCO

14 | DEANA WEHRLI,                        | Case No. CV 12-04346 JSW
15 |        Plaintiff,                    | **STIPULATION AND ORDER TO EXTEND TIME FOR EXCHANGE OF INITIAL DISCLOSURES**
16 |   v.                                 |
17 | VIRGIN AMERICA, INC., TOM BALEY,     |
   | MARK BREGAR and DOES 1-100           |
18 | inclusive,                           | The Hon. Jeffrey S. White, Courtroom 11
19 |        Defendants.                   |

                           **STIPULATION**

Plaintiff Deana Wehrli ("Plaintiff") and Defendants Virgin America Inc., Tom Bailey and Mark Bregar ("Defendants") (collectively, the "Parties") hereby stipulate to extend the date for the exchange of initial disclosures from the date ordered by the court (February 1, 2013) to February 8, 2013. This extension will enable the parties to more effectively prepare the disclosures in light of the recent reassignment of this case to attorney Elia DeLuca.

NOW THEREFORE IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the deadline to exchange initial disclosure currently set for February 1, 2013, be continued to February 8, 2013.

**IT IS SO STIPULATED.**

By: _/s/Yuliya Magomedov_   Dated: January 31, 2013
Sanford M. Cipinko
Yuliya Magomedov
LAW OFFICES OF SANFORD M. CIPINKO
Attorneys for Plaintiff


By: _/s/Elia DeLuca_   Dated: January 31, 2013
Ronald J. Holland, Esq.
Babak G. Yousefzadeh, Esq.
Elia DeLuca
SHEPPARD MULLIN RICHTER HAMPTON, LLP
Attorneys for Defendants

1 | **ORDER**

2 | Pursuant to the Parties' Stipulation of January 31, 2013, requesting an extension of
3 | the date for the exchange of initial disclosures, and good cause appearing therefore, the
4 | parties' Stipulation is hereby APPROVED.
5 | The deadline for the exchange of initial disclosures is extended to February 8, 2013.
6 | **IT IS SO ORDERED.**
7 |
8 | Dated: ~~January~~ February 1, 2013    _____
9 |                                         Honorable Jeffrey S. White
                                            U.S. DISTRICT JUDGE

SMRH:407977242.1
CASE NO. C 12-04346 JSW

-3-

STIPULATION AND ORDER TO
EXTEND TIME FOR EXCHANGE OF
INITIAL DISCLOSURES