SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
BABAK YOUSEFZADEH, Cal. Bar No. 235974
ELIA DELUCA, Cal. Bar. No. 249059
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email: rholland@sheppardmullin.com
       byousefzadeh@sheppardmullin.com
       edeluca@sheppardmullin.com

Attorneys for Defendants VIRGINAMERICA INC., TOM BAILEY and MARK BREGAR

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT - SAN FRANCISCO

| | |
|---|---|
| DEANA WEHRLI,<br><br>    Plaintiff,<br><br>v.<br><br>VIRGIN AMERICA, INC., TOM BALEY, MARK BREGAR and DOES 1-100 inclusive,<br><br>    Defendants. | Case No. CV 12-04346 JSW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR EXCHANGE OF INITIAL DISCLOSURES**<br><br>The Hon. Jeffrey S. White, Courtroom 11 |

## STIPULATION

Plaintiff Deana Wehrli ("Plaintiff") and Defendants Virgin America Inc., Tom Bailey and Mark Bregar ("Defendants") (collectively, the "Parties") hereby stipulate to extend the date for the exchange of initial disclosures from the date ordered by the court (February 1, 2013) to February 8, 2013. This extension will enable the parties to more effectively prepare the disclosures in light of the recent reassignment of this case to attorney Elia DeLuca.

NOW THEREFORE IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the deadline to exchange initial disclosure currently set for February 1, 2013, be continued to February 8, 2013.

**IT IS SO STIPULATED.**

By: /s/Yuliya Magomedov                    Dated: January 31, 2013
    Sanford M. Cipinko
    Yuliya Magomedov
    LAW OFFICES OF SANFORD M. CIPINKO
    Attorneys for Plaintiff


By: /s/Elia DeLuca                         Dated: January 31, 2013
    Ronald J. Holland, Esq.
    Babak G. Yousefzadeh, Esq.
    Elia DeLuca
    SHEPPARD MULLIN RICHTER HAMPTON, LLP
    Attorneys for Defendants

# ORDER

Pursuant to the Parties' Stipulation of January 31, 2013, requesting an extension of the date for the exchange of initial disclosures, and good cause appearing therefore, the parties' Stipulation is hereby APPROVED.

The deadline for the exchange of initial disclosures is extended to February 8, 2013.

**IT IS SO ORDERED.**

Dated: ~~January~~ February 1, 2013

_____
Honorable Jeffrey S. White
U.S. DISTRICT JUDGE