IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEANA WEHRLI,

    Plaintiff,

v.

VIRGIN AMERICA INC., et al.,

    Defendants.

No. C 12-04346 JSW

**ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE**

The Court has received and considered the parties' proposed stipulated protective order. Paragraphs 14 and 15 do not clearly state that the parties shall comply with Northern District Local Rule 79-5 and General Order 62 before seeking to file documents under seal. Accordingly, the Court DENIES the stipulation without prejudice.

**IT IS SO ORDERED.**

Dated: February 14, 2013

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

Case3:12-cv-04346-JSW Document16 Filed02/14/13 Page2 of 2