United States District Court
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   DEANA WEHRLI,
10              Plaintiff,                    No. C 12-04346 JSW
11     v.                                     **ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE**
12   VIRGIN AMERICA INC., et al.,
13              Defendants.
                                          /
14
15          The Court has received and considered the parties' proposed stipulated protective order.
16   Paragraphs 14 and 15 do not clearly state that the parties shall comply with Northern District
17   Local Rule 79-5 and General Order 62 before seeking to file documents under seal.
18   Accordingly, the Court DENIES the stipulation without prejudice.
19          **IT IS SO ORDERED.**
20
21   Dated: February 14, 2013                _____
22                                           JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28