1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   RONALD J. HOLLAND, Cal. Bar No. 148687
3  BABAK YOUSEFZADEH, Cal. Bar No. 235974
   ELIA DELUCA, Cal. Bar. No. 249059
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
5  Telephone:   415.434.9100
   Facsimile:   415.434.3947
6  Email:       rholland@sheppardmullin.com
                byousefzadeh@sheppardmullin.com
7               edeluca@sheppardmullin.com

8
   Attorneys for Defendants VIRGINAMERICA INC., TOM
9  BAILEY and MARK BREGAR

10

11                  UNITED STATES DISTRICT COURT OF CALIFORNIA

12                     NORTHERN DISTRICT - SAN FRANCISCO

13

14  DEANA WEHRLI,                         Case No. CV 12-04346 JSW

15           Plaintiff,                   **STIPULATION AND ORDER TO
                                          CONTINUE CASE MANAGEMENT
16      v.                                CONFERENCE**

17  VIRGIN AMERICA, INC., TOM BALEY,
    MARK BREGAR and DOES 1-100
18  inclusive,                            The Hon. Jeffrey S. White, Courtroom 11

19           Defendants.

20

21                              **STIPULATION**

22        WHEREAS, Plaintiff Deana Wehrli ("Plaintiff") and Defendants Virgin America

23  Inc., Tom Bailey and Mark Bregar ("Defendants") (collectively, the "Parties") were

24  scheduled to appear for a Case Management Conference in the above entitled matter on

25  February 22, 2013;

26        WHEREAS, the Parties were initially available and intended to appear for the Case

27  Management Conference set by the Court;

28

1    WHEREAS, on February 21, 2013, Plaintiff's attorney, Yuliya Magomedov,

2    advised Defendants' counsel that she was ill with a very contagious case of conjunctivitis

3    and would be unable to attend the Case Management Conference;

4    WHEREAS, Plaintiff's lead counsel, Sanford M. Cipinko is currently on medical

5    leave due to an emergency eye surgery he underwent several days ago;

6    WHEREAS, the Parties wish to briefly continue the currently set Case Management

7    Conference, so as to permit counsel for Plaintiff to be present for the Case Management

8    Conference;

9    WHEREAS, the Parties agree to continue the Case Management Conference to

10   March 8, 2013, the first Friday that both counsel are available for such a conference; and

11   WHEREAS, the brief continuance of the Case Management Conference will not

12   affect the requested trial date, the discovery plan, or other deadlines set forth in the Parties

13   Joint Case Management Statement.

14   NOW THEREFORE IT IS HEREBY STIPULATED by and between the Parties,

15   through their respective counsel, that:

16   1.    The Case Management Conference currently set for February 22, 2013, be

17   continued to March 8, 2013, or as soon thereafter as is convenient for the Court.

18   **IT IS SO STIPULATED.**

19

20   By:   _/s/Yuliya Magomedov_                    Dated: February 21, 2013
           Sanford M. Cipinko
21         Yuliya Magomedov
           LAW OFFICES OF SANFORD M. CIPINKO
22         Attorneys for Plaintiff

23

24

25   By:   _/s/Elia DeLuca_                         Dated: February 21, 2013
           Ronald J. Holland, Esq.
26         Babak G. Yousefzadeh, Esq.
           Elia DeLuca, Esq.
27         SHEPPARD MULLIN RICHTER HAMPTON, LLP
           Attorneys for Defendants
28

SMRH:408076432.2
CASE NO. C 12-04346 JSW                    -2-                STIPULATION AND ORDER TO
                                                             EXTEND TIME FOR EXCHANGE OF
                                                             INITIAL DISCLOSURES

1

## ORDER

2       Pursuant to the Parties' Stipulation of February 21, 2013, requesting continuance of

3 the Case Management Conference currently set by this Court, and good cause appearing

4 therefore, the parties' Stipulation is hereby APPROVED, and the request for a continuance

5 of the Case Management Conference is GRANTED.

6       1.    The Case Management Conference currently set for February 22, 2013 shall

7 be vacated, and a new one set for March 8, 2013.

8

9       **IT IS SO ORDERED**.

10

11

12 Dated: February 22 , 2013

13                   Honorable Jeffrey S. White
                        U.S. DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28