SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
BABAK YOUSEFZADEH, Cal. Bar No. 235974
ELIA DELUCA, Cal. Bar. No. 249059
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:  415.434.3947
Email:      rholland@sheppardmullin.com
            byousefzadeh@sheppardmullin.com
            edeluca@sheppardmullin.com

Attorneys for Defendants VIRGINAMERICA INC., TOM BAILEY and MARK BREGAR

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT - SAN FRANCISCO

| | |
|---|---|
| DEANA WEHRLI,<br><br>    Plaintiff,<br><br>v.<br><br>VIRGIN AMERICA, INC., TOM BALEY, MARK BREGAR and DOES 1-100 inclusive,<br><br>    Defendants. | Case No. CV 12-04346 JSW<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Jeffrey S. White, Courtroom 11 |

## STIPULATION

WHEREAS, Plaintiff Deana Wehrli ("Plaintiff") and Defendants Virgin America Inc., Tom Bailey and Mark Bregar ("Defendants") (collectively, the "Parties") were scheduled to appear for a Case Management Conference in the above entitled matter on February 22, 2013;

WHEREAS, the Parties were initially available and intended to appear for the Case Management Conference set by the Court;

WHEREAS, on February 21, 2013, Plaintiff's attorney, Yuliya Magomedov, advised Defendants' counsel that she was ill with a very contagious case of conjunctivitis and would be unable to attend the Case Management Conference;

WHEREAS, Plaintiff's lead counsel, Sanford M. Cipinko is currently on medical leave due to an emergency eye surgery he underwent several days ago;

WHEREAS, the Parties wish to briefly continue the currently set Case Management Conference, so as to permit counsel for Plaintiff to be present for the Case Management Conference;

WHEREAS, the Parties agree to continue the Case Management Conference to March 8, 2013, the first Friday that both counsel are available for such a conference; and

WHEREAS, the brief continuance of the Case Management Conference will not affect the requested trial date, the discovery plan, or other deadlines set forth in the Parties Joint Case Management Statement.

NOW THEREFORE IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that:

1. The Case Management Conference currently set for February 22, 2013, be continued to March 8, 2013, or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

By: /s/Yuliya Magomedov        Dated: February 21, 2013
Sanford M. Cipinko
Yuliya Magomedov
LAW OFFICES OF SANFORD M. CIPINKO
Attorneys for Plaintiff


By: /s/Elia DeLuca        Dated: February 21, 2013
Ronald J. Holland, Esq.
Babak G. Yousefzadeh, Esq.
Elia DeLuca, Esq.
SHEPPARD MULLIN RICHTER HAMPTON, LLP
Attorneys for Defendants

## ORDER

Pursuant to the Parties' Stipulation of February 21, 2013, requesting continuance of the Case Management Conference currently set by this Court, and good cause appearing therefore, the parties' Stipulation is hereby APPROVED, and the request for a continuance of the Case Management Conference is GRANTED.

1. The Case Management Conference currently set for February 22, 2013 shall be vacated, and a new one set for March 8, 2013.

**IT IS SO ORDERED.**

Dated: February 22, 2013

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
U.S. DISTRICT JUDGE