United States District Court

For the Northern District of California