IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEANA WEHRLI,

    Plaintiff,

  v.

VIRGIN AMERICA INC., et al.,

    Defendants.

No. C 12-04346 JSW

**ORDER SETTING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT**

At the case management conference, the Court set the deadline to file dispositive motions as December 13, 2013 at 9:00 a.m. The Court HEREBY FURTHER ORDERS that if the parties plan to file cross-motions for summary judgment, the parties shall meet and confer and agree to a briefing schedule whereby:

- one party files an opening summary judgment motion by October 4, 2013
- the other party shall file its opposition and cross-motion by October 18, 2013
- the reply and opposition to the cross-motion is due by November 1, 2013
- the reply in support of the cross-motion is due by November 8, 2013

**IT IS SO ORDERED.**

Dated: March 12, 2013

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE